UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OCEANUS PERRY, | ) | |
| | ) | Case No. 4:06-CV-00300 |
| Petitioner, | ) | Criminal Case 4:02-CR-00092 |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | JUDGMENT |
| | ) | |
| | ) | |

The Court has filed its memorandum and order denying Perry's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 [Docket No. 1].

IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 [Docket No. 1] is denied.  Perry's motion for discovery [Docket No. 10] is also denied as moot. Further, the Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

                                                                           s/Ann Aldrich
                                                                           ANN ALDRICH
                                                                           UNITED STATES DISTRICT JUDGE

Dated: February 22, 2007